IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| **MATTHEW DONALD SHIELDS,** | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | Case No. 5:21-cv-00092-MTT-CHW |
| | : | |
| Commissioner **TIMOTHY WARD,** | : | Proceedings Under 28 U.S.C. § 2254 |
| | : | Before the U.S. Magistrate Judge |
| Respondent. | : | |
| | : | |

## ORDER

Petitioner Matthew Donald Shields moves for leave to file a reply to Respondent's answer in this Section 2254 habeas action. (Doc. 13). Petitioner's motion for leave is hereby **GRANTED**, and his reply brief shall be filed no later than August 6, 2021. This date will consolidate the deadlines for both Petitioner's reply and his response to Respondent's pending motion to dismiss.

For good cause shown, Petitioner's Motion to Amend (Doc. 14) is also **GRANTED**, pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure.

**SO ORDERED**, this 28th day of July, 2021.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge

1